UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___7/2/2026___

SHAMWARI, et al.,

                               Plaintiffs,

              -against-

LETITIA JAMES.,

                               Defendant.

26-CV-3926 (JPC) (KHP)

**ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge.**

The Court is in receipt of Plaintiffs' Amended Complaint.  Insofar as Plaintiffs seek to amend the case caption, no such motion is before the court.  Further, insofar as Shamwari 1 no longer seeks to bring an action against Defendant, no such motion is before the court.

**SO ORDERED.**

DATED:      New York, New York
            July 2, 2026

_____

KATHARINE H. PARKER
United States Magistrate Judge