USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 07/14/2026

**Office of the New York State Attorney General**

**Letitia James**
**Attorney General**

July 14, 2026

**APPLICATION GRANTED: The the Initial Case Management Conference currently scheduled for July 22, 2026 at 11:00 a.m. is hereby adjourned sine die.**

APPLICATION GRANTED

Hon. Katharine H. Parker, U.S.M.J.

**07/14/2026**

**By ECF**
Honorable Katharine H. Parker
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *Shamwari v. James,* SDNY No. 26-cv-03926 (JPC) (KHP)

Dear Judge Parker:

This Office represents defendant Letitia James, in her official capacity as New York State Attorney General ("Defendant"), in the above-captioned action. I write to respectfully request that the Initial Case Management Conference currently scheduled for July 22, 2026 at 11:00 a.m. be adjourned *sine die*. ECF No. 13.[1] Pursuant to ¶ 6(a) of Judge Cronan's Individual Rules and Practices in Civil Cases, Defendant intends to file a pre-motion conference letter regarding her anticipated motion to dismiss the Amended Complaint.[2] Accordingly, an adjournment of the July 22 conference, pending the conference before Judge Cronan and/or further instruction from Your Honor, will conserve the resources of the parties and the Court. This is Defendant's first request for an adjournment of the conference, and Plaintiff consents to the request.

Defendant thanks the Court for its consideration of this request.

Respectfully submitted,

/s/__________________
Yuval Rubinstein
Special Litigation Counsel
(212) 416-8673

[1] On July 10, 2026, Defendant was served the Summons and Amended Complaint. Defendant does not waive any objections to service by filing this letter.

[2] Defendant is mindful of the Court's July 2, 2026 Order noting that no motion to amend the case caption, and to dismiss Shamwari 1 from this action, has been filed. ECF No. 27. Given the July 10 service of the Amended Complaint, Defendant intends to proceed with its pre-motion conference letter out of an abundance of caution.

yuval.rubinstein@ag.ny.gov
*Attorney for State Respondents*

cc: All Counsel of Record (via NYSCEF)