USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/29/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

TODD C. BANK,

Plaintiff,

-against-

LETITIA JAMES.,

Defendant.

---------------------------------------------------------------X

**26-CV-3926 (JPC) (KHP)**

**SCHEDULING ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

The Court is in receipt of Defendant's letters filed on July 23, 2026, detailing its anticipated motion to dismiss and requesting a consolidated briefing schedule. (ECF No. 38). The Court is also in receipt of Plaintiff's response letter filed July 28, 2026, refuting Defendant's purported grounds for dismissal. (ECF No. 39). The Court does not find a pre-motion conference necessary at this time and GRANTS Defendant's request for a consolidated briefing schedule as outlined below:

- By **August 17, 2026**, Defendant shall file its response to Plaintiff's motion for a preliminary injunction and its anticipated Motion to Dismiss Plaintiff's Amended Complaint.
- By **September 8, 2026**, Plaintiff shall file his reply to Defendant's opposition to his motion for a preliminary injunction. By **September 8, 2026**, Plaintiff shall also file either his opposition to Defendant's motion to dismiss or an amended complaint.[1]

[1] Under Rule 15(a)(1)(B), a plaintiff has 21 days after the service of a motion under Rule 12(b) to amend the complaint once as a matter of course.

- If Plaintiff files an amended complaint, Defendant shall file (1) an answer, (2) a new motion to dismiss, or (3) a letter stating that they rely on the previously filed motion to dismiss by **September 29, 2026**.
- If Plaintiff files an opposition to Defendant's motion to dismiss, Defendant's reply shall be filed by **September 22, 2026**.

**The Clerk of the Court is directed to terminate the letter motions at ECF Nos. 37 and 38.**

**SO ORDERED.**

DATED: New York, New York
July 29, 2026

Katharine H Parker

KATHARINE H. PARKER
United States Magistrate Judge