USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/9/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------X

TODD C. BANK,

Plaintiff,

-against-

LETITIA JAMES.,

Defendant.

-----------------------------------------------------------------X

**26-CV-3926 (JPC) (KHP)**

**ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

The Court is in receipt of a letter from Plaintiff filed September 8, 2026, requesting oral argument. Insofar as the undersigned is referred for all dispositive motions, including the pending motions for a preliminary injunction and to dismiss, all such requests should be addressed to the undersigned. The Court does not believe oral argument is necessary at this time, and Plaintiff's request is denied without prejudice.

**SO ORDERED.**

DATED: New York, New York
September 9, 2026

Katharine H Parker

KATHARINE H. PARKER
United States Magistrate Judge